# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

November 24, 2025

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Case No: 25-3120

Caption:
MICHAEL PEASTER,
          Plaintiff - Appellant

v.

MCDONALD'S CORPORATION and CHRISTOPHER KEMPCZINSKI,
          Defendants - Appellees

District Court No: 1:22-cv-07037
Court Reporter Jennifer Costales
Clerk/Agency Rep Thomas G. Bruton
District Judge Lindsay C. Jenkins

Date NOA filed in District Court: 11/21/2025

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**    (form ID: **188**)