**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **MICHAEL PEASTER,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**McDONALD'S CORPORATION, a Delaware corporation, and CHRISTOPHER KEMPCZINSKI,**<br><br>**Defendants.** | **Case No. 1:22-cv-07037**<br><br>**Hon. Lindsay C. Jenkins**<br><br>**Hon. Heather K. McShain**<br><br>**Jury Trial Demanded** |

## PLAINTIFF'S UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE

Plaintiff Michael Peaster, by counsel, moves to modify the bill of costs briefing schedule set in the Court's November 24, 2025 order (Dkt. 203). Defendants do not oppose the relief sought in this motion.

1. On November 24, 2025, the Court entered a briefing schedule that ordered Plaintiff to respond to Defendants' bill of costs on or before December 15, 2025 and for Defendants to reply on or before December 29, 2025. (Dkt. 203).

2. On December 1, 2025, a telephonic mediation was scheduled pursuant to Rule 33 of the Federal Rules of Appellate Procedure for December 15, 2025. The parties participated in this telephonic mediation.

3. On December 15, 2025, Plaintiff, by counsel, requested a one-day extension to the deadline to respond to Defendants' bill of costs, and Defendants, by counsel, agreed. This is the first request to extend this briefing schedule.

4. With the requested one-day extension, Plaintiff's deadline to file a response is December 16, 2025 and Defendants' deadline to file a reply is December 30, 2025.

5. This motion is not made for purposes of delay, and no party will be prejudiced in its granting.

WHEREFORE, Plaintiff respectfully requests that the Court grant this unopposed motion and modify the briefing schedule set forth in the Court's November 24, 2025 order such that Plaintiff's deadline to respond to Defendants' bill of costs is December 16, 2025 and Defendants' deadline to reply is December 30, 2025.

Dated: December 15, 2025

Respectfully submitted,

**PLAINTIFF MICHAEL PEASTER**

By: /s/ *William B. Whitner*

Carmen D. Caruso (# 6189462) – cdc@cdcaruso.com
William B. Whitner (# 6331564) – wbw@cdcaruso.com
CARMEN D. CARUSO LAW FIRM
77 West Washington Street, Ste. 1900
Chicago, IL 60602
T: (312) 626-1160

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically on December 15, 2025. Notice of this filing will be sent to these parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Nigel F. Telman – ntelman@proskauer.com
Edward C. Young – eyoung@proskauer.com
PROSKAUER ROSE LLP
Three First National Plaza
70 W. Madison St., Ste. 3800
Chicago, IL 60602

*Attorneys for Defendants McDonald's Corp. and Kempczinski*

/s/ *William B. Whitner*